November 29, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

TOMASA LOPEZ AND BAUDELIO LOPEZ, Appellants

NO. 14-11-00001-CV                    V.

CASA PONTIAC GMC BUICK, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, CASA PONTIAC GMC BUICK, INC., signed December 20, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, TOMASA LOPEZ AND BAUDELIO LOPEZ, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.